Bradley J. Luck
Emma L. Mediak
GARLINGTON, LOHN & ROBINSON, PLLP
350 Ryman Street • P. O. Box 7909
Missoula, MT  59807-7909
Telephone (406) 523-2500
Telefax (406) 523-2595
bjluck@garlington.com
elmediak@garlington.com

Attorneys for Defendant State Farm

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DAVID and SHELLEY MACAUSLAND,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM AUTO INSURANCE COMPANY,<br><br>Defendant. | CV 18-52-SPW-TJC<br><br><br><br>STIPULATION FOR DISMISSAL |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Counterclaimant.<br><br>v.<br><br>DAVID and SHELLEY MACAUSLAND,<br><br>Counterdefendants. | |

2468246                                                                                                                                1

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that Plaintiffs' Complaint may be dismissed, with prejudice. It is further stipulated and agreed that the Counterclaim of State Farm Mutual Automobile Insurance Company may be dismissed, without prejudice. The parties hereby move the Court for its order dismissing the Complaint, with prejudice, and the Counterclaim, without prejudice, each party to bear their own costs and attorney fees. All parties whose signatures appear in this document have consented to its filing.

DATED this 2nd day of April, 2018.

_____
David MacAusland, Pro Se   Plaintiff

DATED this 2nd day of April, 2018.

_____
Shelley MacAusland, Pro Se   Plaintiff

DATED this 2nd day of April, 2018.

_____
Bradley J. Luck
Attorneys for Defendant State Farm

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2018, a copy of the foregoing document was served on the following persons by the following means:

```
_____  Hand Delivery
   1      Mail
_____  Overnight Delivery Service
_____  Fax (include fax number in address)
_____  E-Mail (include email in address)
```

1. David and Shelley MacAusland
   10 Beaver Dam Rd.
   Roscoe, MT 59071
     *Pro Se Plaintiffs*

_____
Bradley J. Luck
Attorneys for Defendant State Farm