IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



APR 0 3 2018

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| DAVID and SHELLEY MACAUSLAND,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM AUTO INSURANCE COMPANY,<br><br>Defendant. | CV 18-52-BLG-SPW-TJC<br><br>ORDER |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Counterclaimant,<br><br>vs.<br><br>DAVID and SHELLEY MACAUSLAND,<br><br>Counterdefendants. | |

Upon the parties' Stipulation for Dismissal filed on April 3, 2018 (Doc. 8),

IT IS HEREBY ORDERED that the Complaint in this action is

**DISMISSED WITH PREJUDICE**, with each party to bear their own costs and

attorney's fees.

1

IT IS FURTHER ORDERED that the Counterclaim in this action is

**DISMISSED WITHOUT PREJUDICE**, with each party to bear their own costs

and attorney's fees.

IT IS FURTHER ORDERED that the pretrial conference set for May 15,

2018 at 11:00 a.m. before Magistrate Judge Timothy J. Cavan and all associated

deadlines are **VACATED**.

DATED this _3rd_ day of April, 2018.

SUSAN P. WATTERS
United States District Judge